UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

KEVIN P. LYNCH,

            Plaintiff,                            22 Civ. 5620 (CS)(AEK)

  -against-                               **ORDER**

KILOLO KIJAKAZI,

            Defendant.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On July 1, 2022, the Court filed its Standing Order, In Re: Motions for Judgment on the Pleadings in Social Security Cases, pursuant to which Defendant is to file the certified transcript of administrative proceedings within 90 days of being served with the complaint. ECF No. 4. Because no proof of service has been filed by Plaintiff, the Court does not know when the 90-day period for filing the certified transcript expires. Accordingly, Plaintiff is directed to file proof of service by **Thursday, September 1, 2022**, or seek other appropriate relief. It appears from the docket that there may have been an issue with respect to the Issuance of Summons. *See* ECF No. 2. To the extent that has impeded service of process, counsel must take steps to address this issue promptly.

Dated: August 30, 2022
       White Plains, New York

                                                 **SO ORDERED.**

                                                 _____
                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge