UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN P. LYNCH,,

                Plaintiff,                22 **CIVIL** 5620 (CS)(AEK)

    -v-                                        **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2024, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is granted in part and denied in part, and the Commissioner's motion to remand for further administrative proceedings is granted. The case is remanded for further administrative proceedings and not solely for calculation of benefits. Accordingly the case is closed.

**Dated:** New York, New York

      February 22, 2024

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                         **BY:**

                                                    **Deputy Clerk**